UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES MCCREARY,

    Petitioner,

v.

    Case No. 23-cv-11827
    Hon. Matthew F. Leitman

MELINDA BRAMAN,

    Respondent.
_____/

## JUDGMENT

In accordance with the Order entered on this day,

Petitioner's action is **DISMISSED WITHOUT PREJUDICE**.

    KINIKIA ESSIX
    CLERK OF COURT

By:   s/Holly A. Ryan
      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: August 7, 2023
Detroit, Michigan